# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| VANDA K. MOORE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00045-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 9, 2019 Memorandum of Decision and Order.

October 9, 2019

Frank G. Johns, Clerk
United States District Court